■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN GUTIERREZ, Appellant. [37 NYS3d 454]—Appeal by the

defendant from a judgment of the Supreme Court, Nassau County (Robbins, J.), rendered September 6, 2013, convicting him of assault in the first degree, aggravated driving while intoxicated, and leaving the scene of an accident, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 141 [2014]; *People v Nugent*, 109 AD3d 625 [2013]). However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Cohen, Barros and Connolly, JJ., concur.